**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Floyd Frank EZELL, Defendant–
Appellant.**

**No. 14–3233.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 15, 2014.

Filed: Dec. 22, 2014.

John E. Beamer, Assistant U.S. Attorney, U.S. Attorney's Office, Des Moines, IA, for Plaintiff–Appellee.

Floyd Frank Ezell, Anamosa, IA, pro se.

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Floyd Ezell directly appeals the sentence that the district court imposed [1] on him after revoking his supervised release. For reversal, Ezell argues that the court abused its discretion in failing to credit against his 4–month revocation sentence the time that he spent in state custody on a drug charge. This challenge is without merit. *See United States v. Wilson,* 503 U.S. 329, 333–35, 112 S.Ct. 1351, 117 L.Ed.2d 593 (1992) (18 U.S.C. § 3585(b) does not authorize district court, at sentencing, to compute credit for time served). To the extent Ezell's argument encompasses a claim that the revocation sentence imposed is unreasonable, we conclude after careful review that the below-Guidelines-range sentence is not unreasonable. *See United States v. Miller,* 557 F.3d 910, 915–16 (8th Cir.2009) (appellate review of revocation sentence). Accordingly, we affirm the judgment of the district court. We also grant counsel's motion for leave to withdraw.

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.